[L. A. No. 2301.  Department Two.—August 24, 1909.]

E. C. PECK, Appellant, v. O. A. STASSFORTH et al., Respondents.

STREET ASSESSMENT—NAME OF STREET—CHANGE OF NAME ON MAP.— Judgment and order affirmed on the authority of *Peck* v. *Strassforth*, *ante*, p. 201.

APPEAL from a judgment of the Superior Court of Los Angeles County and from an order refusing a new trial. George H. Hutton, Judge.

The facts are similar to those stated in the opinion in *Peck* v. *Stassforth*, *ante*, p. 201.

A. J. Sherer, and Edward Winterer, for Appellant.

Shankland & Chandler, for Respondents.

THE COURT.—For the reasons given in the opinion in *E. C. Peck* v. *O. A. Stassforth* et al, *ante,* p. 201, [103 Pac. 918], this day decided, the judgment and order appealed from are affirmed.